The Bachman Law Firm PLLC
365 South Main Street, 2nd Floor
New City, New York 10956
845-639-3210

November 29, 2022

BY FEDERAL EXPRESS AND ECF
Hon. Freda L. Wolfson, Chief Judge
United State District Court for the
District of New Jersey
Clarkson S. Fisher Building and
United States Courthouse
402 East State Street
Courtroom 5E
Trenton, NJ 08608

Re: Jacob Kellner, as president and CEO, and I&L Distributing, Inc. v. EV 1000     LLC and Elion Partners, Index No. 3:22-cv-05753 (MAR-RLS)

Dear Judge Wolfson:

      We represent the defendants in the above referenced action and write this letter on their behalf and on behalf of the plaintiffs, who join in this request, to respectfully request that this action, allocated to the Trenton vicinage, be transferred to the Newark vicinage pursuant to Local Rule 40.1(e) of this Court.  Issue has not been joined and defendants' reserve all of their rights and positions.

      This action was allocated to the Trenton vicinage, we assume, based on the statement on the Civil Cover Sheet filed by plaintiffs that Mr. Kellner, one of the plaintiffs, resides in Ocean County.  (Plaintiff I&L Distributing, Inc., is a New York Corporation.) However, the parties agree and respectfully submit that it would be far more convenient for the parties and their counsel for the matter to be allocated to Newark.

      The causes of action alleged in the complaint purport to arise from the expired lease between plaintiff I&L Distributing, Inc., as tenant, and defendant EV 1000 LLC, as landlord, for certain portions of the property located at 1000 Jefferson Avenue, Elizabeth, New Jersey (the "Property"), which is in Union County, and from the state court landlord-tenant litigation between those parties in the Superior Court of New Jersey – Union County (Docket No. LT-430-22).

      The Defendants are represented by this firm which has offices in Rockland County, New York.  This firm intends to act as local counsel for Stern Tannenbaum & Bell, LLP, a New York law firm located in Manhattan, for whom admission *pro hac vice* will soon be sought Plaintiffs' counsel maintains an office in Yonkers, New York.

The parties join in respectfully submitting that, as noted above, because the nexus of events allegedly underlying this action occurred in Union County, New Jersey, and for the convenience of counsel, this action should be reallocated to Newark, New Jersey pursuant to Local Rule 40.1 of this Court.

In addition, Defendant EV 1000, LLC is a Delaware limited liability company whose only business is to own and operate the Property. Defendant Elion Partners, LLC is a Florida limited liability company whose beneficial members reside in Florida. The individuals who oversee the management of the Property reside in Florida. To the extent any representative of Defendants would be required to travel to New Jersey in connection with this action, it would be more convenient for them to travel to Court in Newark from Newark Airport.

For all these reasons, the parties' jointly and respectfully request that this action be reallocated to Newark. We are available to discuss this action further at the Court's convenience and we appreciate the Court's attention to this matter. We have copied the assigned judge and assigned magistrate judge.

Respectfully submitted,

*Judith Bachman*
Judith Bachman

cc:   Hon. Michael A. Shipp (By ECF)
      Hon. Tonianne J. Bongiovanni (By ECF)
      George A. Ortiz, Esq. (By email)